## VERIFICATION/UNSWORN DECLARATION

I, Donald A. Driggs, the Debtor herein, hereby certify under penalty of perjury under the laws of the United States, that I have reached an agreement with Peter Dahl to sell my 1968 ChrisCraft boat ("Boat"). Peter Dahl is an officer of Crown Bank, a creditor of the Debtor. The sale price is $6,000. While I listed the value in my schedules at $6,500 I believe $6,000 is a fair price. There are no creditors with a secured interest in the boat. I am asking the Court to authorize me to sell the boat.

Dated: June 9, 2008

                                             Donald A. Driggs

121215564v1 888127

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:                                              Case No.:  08-41984

Donald Andrew Driggs,
                                                    Chapter 11 Case
        Debtor.

## PROOF OF SERVICE

Amy E. Kulbeik, an employee of Hinshaw & Culbertson LLP, and in the course of said employment on June 9, 2008, caused the following documents:

1. Verification/Unsworn Declaration of Donald A. Driggs

to be filed electronically with the Clerk of Court through ECF, and that a copy of the above-referenced documents will be delivered to the people listed below who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-1(a).

Alice A Blanco    bkmail@mccalla.com
Corey J. Eilers    ndonahue@koepkelawgroup.com, mkisielius@koepkelawgroup.com
James A Geske    jgeske@wilfordgeske.com, rtipler@wilfordgeske.com;mroue-chambers@wilfordgeske.com
David G Hellmuth    dhellmuth@hjlawfirm.com
Lorie A. Klein    klein@moss-barnett.com, montpetitm@moss-barnett.com
Joe M. Lozano    notice@bkcylaw.com
James A. Rubenstein    rubenstein@moss-barnett.com, montpetitm@moss-barnett.com
US Trustee    ustpregion12.mn.ecf@usdoj.gov
Sarah J Wencil    Sarah.J.Wencil@usdoj.gov
James L. Wiant    jwiant@Rnoon.com

Dated: June 9, 2008

/s/ Amy E. Kulbeik
Amy E. Kulbeik

121215603v1 888127