**JT & TJ, Inc**
21 Century Avenue South
Maplewood, MN 55119
(651) 501-2050 Fax (651) 501-2054

August 18, 2008

Clerk of Bankruptcy
US Courthouse
300 S. Forth Street, Suite 301
Minneapolis, MN 55415

RE: Chapter 11, BKY Case No. 08-41984
     Donald Andrew Driggs
     Matter No. 888127

I am filing a written objection under FED.R.BANKR.P 3017-1(a). And request a motion to be made under Loc.R.BANKR.P. (D.MINN.) 3017-1(a), that I am contesting treatment of class 10, 11 and 12 assets. They are claiming that the asset at 2925 Casco Pt. is only worth $700,000. Hennepin County has the estimated market value at almost $900,000 and the county is usually low when they place this value on property taxes. In addition the property type is Residential-Lake Shore. Lake property has been holding its value in today's market. We estimate that the true value is in excess of $1,100,000.

To conclude we want JT & TJ, Inc's mortgage to remain secured on the property for $100,000.

Thanks for your consideration of this matter.

Best regards,

*[signature]*

Terrence J Magill,
President

cc: Jamie R. Pierce

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: **DONALD ANDREW DRIGGS,**

**Debtor.**

**Chapter 11**
**Bky ase No. 08-41984**

---

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**DONALD ANDREW DRIGGS,** the proponent, has filed a proposed Disclosure Statement. The court must approve a Disclosure Statement as containing adequate information under 11 U.S.C. §1125, before a Plan and Disclosure Statement may be mailed to creditors. A Disclosure Statement may be amended before such approval. A Plan may be modified pursuant to 11 U.S.C. §1127.

**IT IS THEREFORE ORDERED:** *Clerk of Bankruptcy*

1. Hearing. A hearing to consider approval of the Disclosure Statement will be held on **September 8, 2008 at 1:30 p.m.,** in Courtroom 7West, U.S. Courthouse, 300 S. Fourth Street, Minneapolis, MN 55415. *Suite 301*

2. Objections. Five days prior to such hearing is fixed as the last day to timely serve and file written objections to the proposed Disclosure Statement under FED. R. BANKR. P. 3017-1(a). Objections shall be made by motion under LOC. R. BANKR. P. (D. MINN.) 3017-1(c).

3. Mailing of Notice. The clerk shall forthwith mail copies of this order and notice thereof to the entities specified in LOC. R. BANKR. P. (D. MINN.) 9013-3(a)(2) and to all creditors and all other parties in interest.

4. Mailing of Copies. Within ten (10) days after the date of this order and notice, the proponent shall transmit copies of the proposed Disclosure Statement and Plan to each entity specified in LOC. R. BANKR. P.(D. MINN.) 9013-3(a)(2), unless it has already mailed them. Upon written request, the proponent shall transmit copies to any other party in interest. REQUESTS FOR COPIES of the Disclosure Statement and Plan may be mailed to: **Jamie Pierce, HINSHAW & CULBERTSON LLP, 333 S Seventh St., Ste 2000, Minneapolis MN 55402.**

BY THE COURT: *copy*

/e/ *Gregory F. Kishel*

DATED: August 1, 2008

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/01/2008*
Lori Vosejpka, Clerk, By AML, Deputy Clerk

GREGORY F. KISHEL
U.S. BANKRUPTCY JUDGE

025181