# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Donald Andrew Driggs,

BKY Case No.: 08-41984

Debtor.

Chapter 11

## DEBTOR'S RESPONSE TO STATE BANK OF DELANO'S
## MOTION FOR RELIEF FROM STAY REGARDING BOAT

Donald Andrew Driggs (the "Debtor") respectfully submits this response to the Motion for Relief From Stay ("Motion") filed by the State Bank of Delano ("Bank"). The Motion must be denied.

To determine whether the Motion should be granted, or denied, it is necessary for this Court to determine the validity, priority or extent of the Bank's claimed lien interest in the Debtor's 1927 Hutchinson boat ("Boat"). Pursuant to Federal Rule of Bankruptcy Procedure 7001(2) and (9), this determination must be made in an adversary proceeding. As will be discussed below, the validity of the Bank's lien is disputed. In addition, it appears that the interest rate charged is usurious.

The Bank failed to require the Debtor to obtain a title to the Boat. Minnesota Statute § 86B.880 provides as follows:

86B.880 SECURITY INTERESTS.

Subdivision 1. Validity. Unless excepted by section 86B.875[1], a security interest in a titled watercraft is not valid against creditors of the owner or subsequent transferees or secured parties of the watercraft unless perfected as provided in this chapter.

---

[1] This section is inapplicable.

> Subd. 2. Perfection. A security interest is perfected by the delivery to the commissioner of the existing certificate of title, if any, or an application for a certificate of title, containing the name and address of the secured party, the date of the security agreement, and the required fee. A security interest is perfected as of the time of the delivery. The method provided in this chapter is exclusive.

Here, it is not disputed that the Bank does not appear on any certificate of title. It is also not disputed that there is in fact no certificate of title (a boat manufactured prior to August 1, 1979 is not required to have a certificate of title, pursuant to Minnesota Statute § 86B.825.) Apparently, the Bank believes that because the boat is not a "titled watercraft" no naming of the bank is required on a certificate of title. However, pursuant to such chapter an owner may voluntarily title a boat that is not required to have a certificate of title. See 86B.825, sbud. 3.

As such, the more appropriate reading of the language in section 86B.880 requires a person seeking to take a security interest in a watercraft manufactured prior to August 1, 1979 to require the debtor to apply for a certificate of title naming the party with a security interest in such application. This is supported by the language in 86B.880, subd. 2, which provides that a *"security interest is perfected by the delivery to the commissioner of the existing certificate of title, if any, or an application for a certificate of title"* and the *"method provided in this chapter is exclusive."*

In addition to the Bank's failure to properly perfect its alleged security interest, the Bank intentionally charged illegal interest. Minnesota Statute Section 334.01 prohibits interest in excess of 6%. However, if a loan is for "business or agricultural purposes," interest may be charged at a rate "of not more than 4-1/2 percent in excess of the discount rate on 90 day commercial paper in effect at the Federal Reserve Bank in the Federal Reserve District encompassing Minnesota." See Minn. Stat. § 334.011. Here, while it unclear if the loan at

issue was for "business purposes," the interest rate charged is 12%, meaning to be proper the discount rate would have had to be 7.5%, which in 2006 would have been extremely unlikely. As such, the loan is usurious. Because the Bank's loan is usurious, aside from other remedies, the alleged security interest is invalid. See Minn. Stat. § 334.03.

Finally, the Bank argues that relief should be granted because the Boat is not insured. The Bank, however, waived any requirement for insurance. See Exhibit A.

Accordingly, because the Bank's lien is invalid, its loan is usurious and the Bank waived any insurance requirement, the Bank's motion should be denied.

Dated: September 9, 2008                **HINSHAW & CULBERTSON LLP**


By:  /e/ Jamie R. Pierce
     Thomas G. Wallrich (213354)
     Jamie R. Pierce (305054)
     Suite 2000
     333 South Seventh Street
     Minneapolis, MN 55402-4511
     Telephone (612) 334-2514

**ATTORNEYS FOR DEBTOR**

**VERIFICATION**

I, Donald A. Driggs, the Debtor herein, hereby certify under penalty of perjury, that the statements contained in the foregoing response are true and correct to the best of my knowledge, information and belief and that Exhibit A is a true and correct copy of an Agreement to Provide Insurance on which the Bank's President, Steven Gilmer, wrote "waived" and which he also initialed.

Dated: September 9, 2008

                                    _____
                                    Donald A. Driggs

3

121221947v1 67879

# AGREEMENT TO PROVIDE INSURANCE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $25,000.00 | 12-29-2005 | 03-01-2006 | 32595 | 670 | 111283 | 011 | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Grantor:** Donald A. Driggs
2925 Casco Point Road
Wayzata, MN 55391

**Lender:** State Bank of Delano
1300 Babcock Blvd East, PO Box 530
Delano, MN 55328-0530

**INSURANCE REQUIREMENTS.** I, Donald A. Driggs ("Grantor"), understand that insurance coverage is required in connection with the extending of a loan or the providing of other financial accommodations to me by Lender. These requirements are set forth in the security documents for the loan. The following minimum insurance coverages must be provided on the following described collateral (the "Collateral"):

**Collateral:** **1927 Hutchinson 30' Wood Boat w/Chrysler 38C CI Engine.**
**Type:** All risks, including fire, theft and liability.
**Amount:** Full Insurable Value.
**Basis:** Replacement value.
**Endorsements:** Lender loss payable clause with stipulation that coverage will not be cancelled or diminished without a minimum of 30 days prior written notice to Lender.
**Deductibles:** $500.00.
**Latest Delivery Date:** By 10 days after the loan closing date.

**INSURANCE COMPANY.** I may obtain insurance from any insurance company I may choose that is reasonably acceptable to Lender. I understand that credit may not be denied solely because insurance was not purchased through Lender.

**FAILURE TO PROVIDE INSURANCE.** I agree to deliver to Lender, on the latest delivery date stated above, proof of the required insurance as provided above, with an effective date of December 29, 2005, or earlier. I acknowledge and agree that if I fail to provide any required insurance or fail to continue such insurance in force, Lender may do so at my expense as provided in the applicable security document. The cost of any such insurance, at the option of Lender, shall be added to the indebtedness as provided in the security document. I ACKNOWLEDGE THAT IF LENDER SO PURCHASES ANY SUCH INSURANCE, THE INSURANCE WILL PROVIDE LIMITED PROTECTION AGAINST PHYSICAL DAMAGE TO THE COLLATERAL, UP TO AN AMOUNT EQUAL TO THE LESSER OF (1) THE UNPAID BALANCE OF THE DEBT, EXCLUDING ANY UNEARNED FINANCE CHARGES, OR (2) THE VALUE OF THE COLLATERAL; HOWEVER, MY EQUITY IN THE COLLATERAL MAY NOT BE INSURED. IN ADDITION, THE INSURANCE MAY NOT PROVIDE ANY PUBLIC LIABILITY OR PROPERTY DAMAGE INDEMNIFICATION AND MAY NOT MEET THE REQUIREMENTS OF ANY FINANCIAL RESPONSIBILITY LAWS.

**AUTHORIZATION.** For purposes of insurance coverage on the Collateral, I authorize Lender to provide to any person (including any insurance agent or company) all information Lender deems appropriate, whether regarding the Collateral, the loan or other financial accommodations, or both.

**I ACKNOWLEDGE HAVING READ ALL THE PROVISIONS OF THIS AGREEMENT TO PROVIDE INSURANCE AND AGREE TO ITS TERMS. THIS AGREEMENT IS DATED DECEMBER 29, 2005.**

**GRANTOR:**

Waived DRD

X COPY
Donald A. Driggs

**FOR LENDER USE ONLY**
**INSURANCE VERIFICATION**

DATE: ____________ PHONE ____________

AGENT'S NAME: ____________
AGENCY: ____________
ADDRESS: ____________
INSURANCE COMPANY: ____________
POLICY NUMBER: ____________
EFFECTIVE DATES: ____________

COMMENTS: ____________

LASER PRO Lending, Ver. 5.30.00.004 Copr. Harland Financial Solutions, Inc. 1997, 2005. All Rights Reserved. - MN C:\CFI\LPL\I10.FC TR-2854 PR-8

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:                                                          Case No.:  08-41984

Donald Andrew Driggs,
                                                                Chapter 11 Case
            Debtor.

_____

## PROOF OF SERVICE

_____

　　　　Deanna R. Elofson, an employee of Hinshaw & Culbertson LLP, and in the course of said employment on September 9, 2008, caused the following documents:

　　　　1.　　Debtor's Response to State Bank of Delano's Motion for Relief from Stay Regarding Boat and Exhibit A

to be served on the parties on the attached service list by enclosing true and correct copies of same in an envelope , properly addressed and postage prepaid, and depositing same in the United States mail and to be filed electronically with the Clerk of Court through ECF, and that a copy of the above-referenced documents will be delivered to the people listed below who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-1(a).

Alice A Blanco     bkmail@mccalla.com
Christopher A Camardello     ccamardello@winthrop.com
Corey J. Eilers     ndonahue@koepkelawgroup.com, mkisielius@koepkelawgroup.com
James A Geske     jgeske@wilfordgeske.com, rtipler@wilfordgeske.com;mroue-chambers@wilfordgeske.com
David G Hellmuth     dhellmuth@hjlawfirm.com
Lorie A. Klein     klein@moss-barnett.com, montpetitm@moss-barnett.com
Joe M. Lozano     notice@bkcylaw.com
James A. Rubenstein     rubenstein@moss-barnett.com, montpetitm@moss-barnett.com
US Trustee     ustpregion12.mn.ecf@usdoj.gov
Sarah J Wencil     Sarah.J.Wencil@usdoj.gov

Dated: September 9, 2008                                    /e/ Deanna R. Elofson
                                                            Deanna R. Elofson

121222150v1  67879

| | | |
|---|---|---|
| District Counsel of IRS<br>650 Galtier Plaza<br>380 Jackson Street<br>St. Paul, MN 55101 | MN Dept. of Revenue<br>Coll Enf Unit<br>551 Bky Sec., P.O. Box 64447<br>St. Paul, MN 55164 | District Director of IRS<br>30 East 7th Street<br>Stop 5700<br>Suite 1222<br>St. Paul, MN 55101 |
| US Attorney<br>300 South Fourth Street<br>#600<br>Minneapolis, MN 55415 | Internal Revenue Service<br>STOP 5700<br>30 E. 7th Street<br>Suite No. 1222<br>St. Paul, MN 55101 | Peter Dahl<br>6600 France Avenue South<br>Suite 125<br>Edina MN 55435 |
| Aurora Loan Services<br>2617 College Park<br>P.O. Box 1706<br>Scottsbluff NE 69363-1706 | Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton CO 80124 | Chase Home Finance<br>P.O. Box 78116<br>Phoenix AZ 85062 |
| Chase Manhattan Bank<br>P.O. Box 830016<br>Baltimore MD 21283-0016 | Citimortgage<br>P.O. Box 7706<br>Springfield OH 45501 | Commerce Bank<br>P.O. Box 398048<br>Edina MN 55439 |
| Crown Bank<br>6600 France Avenue South<br>Suite 125<br>Edina MN 55435 | First Nat'l Bank of the Lakes<br>2445 Shadywood Road<br>Navarre MN 55391 | Heritage Bank<br>310 1st Street SW<br>P.O. Box 1124<br>Willmar MN 56201-1124 |
| Home Federal Savings Bank<br>1016 Civic Center Drive NW<br>Suite 400, P.O. Box 6057<br>Rochester MN 55903 | Indymac Bank Home Loan<br>7700 W. Parmer Lane<br>Building D, 2nd Floor<br>Austin TX 78729 | JT & TJ Inc.<br>21 Century Avenue South<br>Saint Paul MN 55119 |
| St. Stephens Bank<br>3950 3rd Street N.<br>Saint Cloud MN 56303 | State Bank of Delano<br>1300 Babcock Blvd. East<br>P.O. Box 530<br>Delano MN 55328-0530 | Wachovia Mortgage<br>P.O. Box 659558<br>San Antonio TX 78265-9558 |
| Wells Fargo Home Mortgage<br>P.O. Box 1225<br>Charlotte NC 28201-1225 | Hennepin County Treasurer<br>A-600 Government Center<br>Minneapolis MN 55487-0060 | Kandiyohi County<br>PO Box 896<br>Willmar MN 56201-0896 |

2

Wright County Auditor
10 Second Street NW
Room 232
Buffalo MN 55313-1194

Amanda Porter c/o
Tony Johnson, Blainey &
Ledin
990 Inwood
Oakdale MN 55128

Bank of America
P.O. Box 15726
Wilmington DE 19886-5726

Centerpoint Energy
P.O. Box 1144
Minneapolis MN 55440-1144

Chase
Cardmember Services
P.O. Box 94014
Palatine IL 60094-4014

City Pages
401 North Third Street
Suite 550
Minneapolis MN 55401

David Umbehocker
3860 Shoreline Drive
Wayzata MN 55391

Marilyn Wasik
2925 Casco Point
Wayzata MN 55391

Romer & Company
2318 First Avenue South
Minneapolis MN 55404

Xcel Energy
P.O. Box 9477
Minneapolis MN 55484-9477

Donald Driggs
2925 Casco Point
Wayzata, MN 55391