UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No.: 08-41984 |
| Donald A. Driggs, | Chapter 11 Case |
| Debtor. | |

## NOTICE OF CONTINUED HEARING

TO:   Parties in Interest:

**PLEASE TAKE NOTICE** that the hearing on Debtor's Disclosure Statement originally scheduled for September 8, 2008 at 1:30 p.m. **has been continued to September 22, 2008 at 11:00 a.m.** The hearing will be conducted in the U.S. Courthouse, Courtroom 2A, 2nd Floor, 316 N. Robert Street, St. Paul, Minnesota 55101

**PLEASE TAKE FURTHER NOTICE** that the attached e-mail correspondence was sent to Parties in Interest on September 5, 2008, prior to the original hearing date.

Dated:  September 15, 2008            HINSHAW & CULBERTSON LLP

By:   /s/Jamie R. Pierce
Steven H. Silton (#260769)
Jamie R. Pierce (#305054)
Accenture Tower
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone:  612-333-3434
Fax:  612-334-8888

Attorneys for Debtor Donald A. Driggs

121222544v1  67879

Jamie R. Pierce/HC26  
09/05/2008 01:49 PM

To  jwiant@moon.com, CCamardello@winthrop.com, Rubenstein@moss-barnett.com, jhilgendorf@hjlawfirm.com, ceilers@koepkelawgroup.com, notice@bkcylaw.com,  
cc  akulbeik@hinshawlaw.com  
bcc  
Subject  Fw: DONALD DRIGGS - 08-41984

Ladies and Gentlemen: Please see below. The hearing on Mr. Driggs' disclosure statement has been continued to September 22, 2008 at 11:00 a.m. While the Judge will address the DS this Monday (Sept 8), he will continue the hearing to the 22nd so no appearance is necessary.

Jamie R. Pierce  
Hinshaw & Culbertson LLP  
333 South Seventh Street, Suite 2000  
Minneapolis, MN 55402  
Direct: (612) 334-2514  
Fax: (612) 334-8888  
jpierce@hinshawlaw.com

--- Forwarded by Jamie R. Pierce/HC26 on 09/05/2008 01:32 PM ---

Judy_Brooks@mnb.uscourts.gov

09/05/2008 01:24 PM

To  jpierce@hinshawlaw.com  
cc  
Subject  Fw: DONALD DRIGGS - 08-41984

Jamie, Judge Kishel will reserve time for a continued disclosure statement hearing in Driggs on Monday, September 22 at 11:00 a.m.

HOWEVER, the Judge will still call the hearing on Monday, September 8, because that's the way it's to be done under the local rule (this being a generally-noticed hearing and it being far too late to send out a notice of a continuance). BUT, you are to IMMEDIATELY contact all attorneys who have noted appearances in the case and advise them of the continuance, to cover any unannounced showups by other parties. You will be the only one who has to make an appearance on Monday.

Please confirm receipt of this e-mail and the above instructions. Thank you.

Judy Brooks

Judicial Assistant to Judge Gregory F. Kishel
United States Bankruptcy Court, District of Minnesota
judy_brooks@mnb.uscourts.gov
(612) 664-5230

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:                                                          Case No.: 08-41984

Donald Andrew Driggs,
                                                                Chapter 11 Case
        Debtor.

---

## PROOF OF SERVICE

---

Amy E. Kulbeik, an employee of Hinshaw & Culbertson LLP, and in the course of said employment on September 15, 2008, caused the following documents:

1. Notice of Continued Hearing

to be served on the parties on the attached service list by enclosing true and correct copies of same in an envelope, properly addressed and postage prepaid, and depositing same in the United States mail and filed electronically with the Clerk of Court through ECF, and that a copy of the above-referenced documents will be delivered to the people listed below who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service or notice pursuant to Local Rule 9006-1(a).

Alice A Blanco    bkmail@mccalla.com
Christopher A Camardello    ccamardello@winthrop.com
Corey J. Eilers    ndonahue@koepkelawgroup.com, mkisielius@koepkelawgroup.com
James A Geske    jgeske@wilfordgeske.com, rtipler@wilfordgeske.com;mroue-chambers@wilfordgeske.com
David G Hellmuth    dhellmuth@hjlawfirm.com
Lorie A. Klein    klein@moss-barnett.com, montpetitm@moss-barnett.com
Joe M. Lozano    notice@bkcylaw.com
James A. Rubenstein    rubenstein@moss-barnett.com, montpetitm@moss-barnett.com
US Trustee    ustpregion12.mn.ecf@usdoj.gov
Sarah J Wencil    Sarah.J.Wencil@usdoj.gov
James L. Wiant    jwiant@Rnoon.com

Dated: September 15, 2008

                                                    *Amy Kulbeik*
                                                    Amy E. Kulbeik

| | | |
|---|---|---|
| District Counsel of IRS<br>650 Galtier Plaza<br>380 Jackson Street<br>St. Paul, MN 55101 | MN Dept. of Revenue<br>Coll Enf Unit<br>551 Bky Sec., P.O. Box 64447<br>St. Paul, MN 55164 | District Director of IRS<br>30 East 7th Street<br>Stop 5700<br>Suite 1222<br>St. Paul, MN 55101 |
| US Attorney<br>300 South Fourth Street<br>#600<br>Minneapolis, MN 55415 | Internal Revenue Service<br>STOP 5700<br>30 E. 7th Street<br>Suite No. 1222<br>St. Paul, MN 55101 | Peter Dahl<br>6600 France Avenue South<br>Suite 125<br>Edina MN 55435 |
| Aurora Loan Services<br>2617 College Park<br>P.O. Box 1706<br>Scottsbluff NE 69363-1706 | Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton CO 80124 | Chase Home Finance<br>P.O. Box 78116<br>Phoenix AZ 85062 |
| Chase Manhattan Bank<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Citimortgage<br>P.O. Box 7706<br>Springfield OH 45501 | Commerce Bank<br>P.O. Box 398048<br>Edina MN 55439 |
| Crown Bank<br>6600 France Avenue South<br>Suite 125<br>Edina MN 55435 | First Nat'l Bank of the Lakes<br>2445 Shadywood Road<br>Navarre MN 55391 | Heritage Bank<br>310 1st Street SW<br>P.O. Box 1124<br>Willmar MN 56201-1124 |
| Home Federal Savings Bank<br>1016 Civic Center Drive NW<br>Suite 400, P.O. Box 6057<br>Rochester MN 55903 | Indymac Bank Home Loan<br>7700 W. Parmer Lane<br>Building D, 2nd Floor<br>Austin TX 78729 | JT & TJ Inc.<br>21 Century Avenue South<br>Saint Paul MN 55119 |
| St. Stephens Bank<br>3950 3rd Street N.<br>Saint Cloud MN 56303 | State Bank of Delano<br>1300 Babcock Blvd. East<br>P.O. Box 530<br>Delano MN 55328-0530 | Wachovia Mortgage<br>P.O. Box 659558<br>San Antonio TX 78265-9558 |
| Wells Fargo Home Mortgage<br>P.O. Box 1225<br>Charlotte NC 28201-1225 | Hennepin County Treasurer<br>A-600 Government Center<br>Minneapolis MN 55487-0060 | Kandiyohi County<br>PO Box 896<br>Willmar MN 56201-0896 |
| Wright County Auditor<br>10 Second Street NW<br>Room 232<br>Buffalo MN 55313-1194 | Amanda Porter c/o<br>Tony Johnson, Blainey &<br>Ledin<br>990 Inwood<br>Oakdale MN 55128 | Bank of America<br>P.O. Box 15726<br>Wilmington DE 19886-5726 |

2

Centerpoint Energy
P.O. Box 1144
Minneapolis MN 55440-1144

Chase
Cardmember Services
P.O. Box 94014
Palatine IL 60094-4014

City Pages
401 North Third Street
Suite 550
Minneapolis MN 55401

David Umbehocker
3860 Shoreline Drive
Wayzata MN 55391

Marilyn Wasik
2925 Casco Point
Wayzata MN 55391

Romer & Company
2318 First Avenue South
Minneapolis MN 55404

Xcel Energy
P.O. Box 9477
Minneapolis MN 55484-9477

Donald Driggs
2925 Casco Point
Wayzata, MN 55391

3

121222546v1  67879