UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:

DONALD ANDREW DRIGGS,

          Debtor.

ORDER OVERRULING OBJECTION OF JT & TJ, INC. TO ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT, WITHOUT PREJUDICE

BKY 08-41984

****************************************************************************************************

At St. Paul, Minnesota, this 3rd day of October, 2008.

      This Chapter 11 case came on before the Court on September 22, 2008, for the hearing on the adequacy of the Debtor's disclosure statement. Jamie R. Pierce appeared on behalf of the Debtor. Other appearances were noted in the record.

      Several objections to the adequacy of the disclosure statement had been filed. They included one received by the clerk of this Court on August 20, 2008, in the form of a letter from one Terrence J. Magill, identifying himself as the President of JT & TJ, Inc., a creditor. The Court held that the issues raised by the author of this letter went to the confirmation of the Debtor's plan, and not to the adequacy of information that would be disclosed to creditors prior to the hearing on confirmation. The Court also noted that the creditor was holding itself out as a corporation, but was not making an appearance in this case through a duly-licensed attorney as Loc. R. Bankr. P. (D. Minn.) 9010-4 requires.

      IT IS THEREFORE ORDERED:

      1.    The objection of JT & TJ, Inc. to the adequacy of the Debtor's disclosure statement is overruled, without prejudice to that creditor's right to timely object to the confirmation of the Debtor's plan on the same or other grounds.

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on *10/03/2008*
> Lori Vosejpka, Clerk, By jrb, Deputy Clerk

        2.      In all further participation in this case, JT & TJ, Inc. shall be represented by an attorney licensed to practice in the United States District Court for this district, as required by Loc. R. Bankr. P. (D. Minn.) 9010-3(a).

                        BY THE COURT:

/e/ *Gregory F. Kishel*

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY COURT