UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

DONALD ANDREW DRIGGS

Case No.: 08-41984-GFK

Debtor.

Chapter 11 Case

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter came on for hearing before the undersigned United State Bankruptcy Judge on the Motion of Crown Bank for relief from the Automatic Stay.

The appearances were as noted in the record. Based on the foregoing motion documents, arguments of counsel, and all files, records, and proceedings herein:

IT IS HEREBY ORDERED, that the automatic stay in the above-referenced matter is hereby modified to permit Crown Bank to take possession of and foreclose its interest in the collateral securing its claim, which collateral is described as:

1939 Larson 21' Falls Flyer, 1938 Larson 14' Falls Flyer, 1957 Larson 14' Falls Flyer, 1957 Larson 14' Falls Flyer, 1955 Larson 14' Falls Flyer, 1955 Aristo-Craft 14' Torpedo, 1947 Larson 14' Wood Row Boat, 1913 17' Swedish Launch, 1940-1950 Bunky Bowerman 18' Hydroplane, 1940-1950 Swift Big Bee 18 Hydroplane, 1974 Boston Whaler (the "Property") and to otherwise pursue its state court remedies with respect to the collateral in a manner conforming to Minnesota law.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/29/2008
Lori Vosejpka, Clerk, By jrb, Deputy Clerk

In addition, notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3) this order is effective immediately.

Dated: _____October 29_____, 2008.

/E/ _Gregory F. Kishel_

Gregory F. Kishel
United States Bankruptcy Judge