12:49 PM
12/15/08
Accrual Basis

# Don Briggs - Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

| | 2925 Casco Pt | 29279 145th | 29355 145th | 3022 Hennepin |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 0.00 | 0.00 | 1,300.00 | 0.00 |
| Security Deposits | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 0.00 | 0.00 | 1,300.00 | 0.00 |
| **Expense** | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 |
| Court Costs | 0.00 | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 337.00 | 255.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 741.00 | 148.64 | 0.00 | 6,200.42 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 464.21 | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 | 183.06 |
| **Utilities** | | | | |
| Electric | 332.51 | 0.00 | 216.88 | 2,887.86 |
| Gas | 350.54 | 0.00 | 0.00 | 0.00 |
| Water | 0.00 | 0.00 | 0.00 | 119.01 |
| Utilities - Other | 646.68 | 0.00 | 0.00 | 122.78 |
| **Total Utilities** | 1,329.73 | 0.00 | 216.88 | 3,129.65 |
| **Total Expense** | 2,871.94 | 403.64 | 216.88 | 9,513.13 |
| **Net Ordinary Income** | -2,871.94 | -403.64 | 1,083.12 | -9,513.13 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
| Interest Income | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | -2,871.94 | -403.64 | 1,083.12 | -9,513.13 |

12:49 PM
12/15/08
Accrual Basis

# Don Briggs / Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

| | 3201 Hennepin | 3203 Hennepin | #1 (3245 Hennepin) | #2 (3245 Hennepin) |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 0.00 | 0.00 | 6,260.00 | 4,350.00 |
| Security Deposits | 0.00 | 0.00 | 0.00 | 1,750.00 |
| **Total Income** | 0.00 | 0.00 | 6,260.00 | 6,100.00 |
| **Expense** | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 15.00 |
| Court Costs | 0.00 | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 331.75 | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | | |
| Electric | 106.93 | 64.60 | 0.00 | 0.00 |
| Gas | 108.70 | 0.00 | 0.00 | 2.57 |
| Water | 40.22 | 0.00 | 0.00 | 0.00 |
| Utilities - Other | 70.37 | 0.00 | 0.00 | 0.00 |
| **Total Utilities** | 326.22 | 64.60 | 0.00 | 2.57 |
| **Total Expense** | 657.97 | 64.60 | 0.00 | 17.57 |
| **Net Ordinary Income** | -657.97 | -64.60 | 6,260.00 | 6,082.43 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
| Interest Income | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | -657.97 | -64.60 | 6,260.00 | 6,082.43 |

12:49 PM
12/15/08
Accrual Basis

## Don Briggs
## Profit & Loss by Class
### April 26 through November 30, 2008

|  | #3<br>(3245 Hennepin) | #4<br>(3245 Hennepin) | 3245 Hennepin - Other<br>(3245 Hennepin) |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Other Income | 0.00 | 0.00 | 0.00 |
| Rental Income | 6,260.00 | 3,600.00 | 0.00 |
| Security Deposits | 0.00 | 0.00 | 0.00 |
| **Total Income** | 6,260.00 | 3,600.00 | 0.00 |
| **Expense** | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 |
| Court Costs | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 118.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | |
| Accounting | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 330.00 | 1,112.48 |
| Telephone Expense | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | |
| Electric | 0.00 | 0.00 | 116.29 |
| Gas | 0.00 | 0.00 | 25.60 |
| Water | 0.00 | 0.00 | 548.73 |
| Utilities - Other | 0.00 | 0.00 | 64.71 |
| **Total Utilities** | 0.00 | 0.00 | 755.33 |
| **Total Expense** | 0.00 | 330.00 | 1,985.81 |
| **Net Ordinary Income** | 6,260.00 | 3,270.00 | -1,985.81 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Interest Income | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Income** | 6,260.00 | 3,270.00 | -1,985.81 |

12:49 PM
12/15/08
Accrual Basis

# Don Briggs / Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

|  | Total 3245 Hennepin | #1 (3253 Holmes) | #2 (3253 Holmes) | #3 (3253 Holmes) |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 20,470.00 | 3,550.00 | 6,175.00 | 900.00 |
| Security Deposits | 1,750.00 | 200.00 | -590.00 | 0.00 |
| **Total Income** | 22,220.00 | 3,750.00 | 5,585.00 | 900.00 |
| **Expense** | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 15.00 | 0.00 | 0.00 | 0.00 |
| Court Costs | 0.00 | 0.00 | 0.00 | 307.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 118.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 1,442.48 | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | | |
| Electric | 116.29 | 0.00 | 0.00 | 0.00 |
| Gas | 28.17 | 0.00 | 0.00 | 0.00 |
| Water | 548.73 | 0.00 | 0.00 | 0.00 |
| Utilities - Other | 64.71 | 0.00 | 0.00 | 0.00 |
| **Total Utilities** | 757.90 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 2,333.38 | 0.00 | 0.00 | 307.00 |
| **Net Ordinary Income** | 19,886.62 | 3,750.00 | 5,585.00 | 593.00 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
| Interest Income | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | 19,886.62 | 3,750.00 | 5,585.00 | 593.00 |

12:49 PM
12/15/08
Accrual Basis

# Dori Briggs - Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

|  | 3253 Holmes - Other (3253 Holmes) | Total 3253 Holmes | 3255 Holmes |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Other Income | 0.00 | 0.00 | 0.00 |
| Rental Income | 0.00 | 10,625.00 | 4,500.00 |
| Security Deposits | 0.00 | -390.00 | 900.00 |
| **Total Income** | 0.00 | 10,235.00 | 5,400.00 |
| **Expense** | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 |
| Court Costs | 0.00 | 307.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 118.00 | 118.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | |
| Accounting | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 767.54 | 767.54 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | |
| Electric | 63.69 | 63.69 | 40.18 |
| Gas | 1,071.29 | 1,071.29 | 0.00 |
| Water | 381.79 | 381.79 | 168.48 |
| Utilities - Other | 40.00 | 40.00 | 0.00 |
| **Total Utilities** | 1,556.77 | 1,556.77 | 208.66 |
| **Total Expense** | 2,442.31 | 2,749.31 | 208.66 |
| **Net Ordinary Income** | -2,442.31 | 7,485.69 | 5,191.34 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Interest Income | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Income** | -2,442.31 | 7,485.69 | 5,191.34 |

### Don Briggs / Case Number 08-41984
### Profit & Loss by Class
#### April 26 through November 30, 2008

|  | #1<br>(3990 Sunset) | #2<br>(3990 Sunset) | #3<br>(3990 Sunset) | 3990 Sunset - Other<br>(3990 Sunset) |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 2,695.00 | 6,360.00 | 5,400.00 | 0.00 |
| Security Deposits | 100.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 2,795.00 | 6,360.00 | 5,400.00 | 0.00 |
| **Expense** | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 15.00 | 0.00 |
| Court Costs | 0.00 | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | | |
|   Accounting | 0.00 | 0.00 | 0.00 | 0.00 |
|   Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 173.96 | 50.00 | 2,801.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | | |
|   Electric | 0.00 | 0.00 | 0.00 | 76.14 |
|   Gas | 0.00 | 0.00 | 0.00 | 0.00 |
|   Water | 0.00 | 0.00 | 0.00 | 0.00 |
|   Utilities - Other | 0.00 | 0.00 | 0.00 | 442.49 |
| **Total Utilities** | 0.00 | 0.00 | 0.00 | 518.63 |
| **Total Expense** | 0.00 | 173.96 | 65.00 | 3,319.63 |
| **Net Ordinary Income** | 2,795.00 | 6,186.04 | 5,335.00 | -3,319.63 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
|   Interest Income | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | 2,795.00 | 6,186.04 | 5,335.00 | -3,319.63 |

12:49 PM
12/15/08
Accrual Basis

# Don Briggs - Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

|  | Total 3990 Sunset | 4400 Deering Island | #1 (809 Portland) |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Other Income | 0.00 | 0.00 | 0.00 |
| Rental Income | 14,455.00 | 0.00 | 3,750.00 |
| Security Deposits | 100.00 | 0.00 | 1,250.00 |
| **Total Income** | 14,555.00 | 0.00 | 5,000.00 |
| **Expense** | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 15.00 | 0.00 | 15.00 |
| Court Costs | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | |
|   Accounting | 0.00 | 0.00 | 0.00 |
|   Legal | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 3,024.96 | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | |
|   Electric | 76.14 | 384.47 | 0.00 |
|   Gas | 0.00 | 0.00 | 0.00 |
|   Water | 0.00 | 0.00 | 0.00 |
|   Utilities - Other | 442.49 | 250.00 | 0.00 |
| **Total Utilities** | 518.63 | 634.47 | 0.00 |
| **Total Expense** | 3,558.59 | 634.47 | 15.00 |
| **Net Ordinary Income** | 10,996.41 | -634.47 | 4,985.00 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
|   Interest Income | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Income** | 10,996.41 | -634.47 | 4,985.00 |

# Don Briggs - Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

|  | #2<br>(809 Portland) | #3<br>(809 Portland) | #4<br>(809 Portland) | #5<br>(809 Portland) |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 5,250.00 | 4,550.00 | 3,675.00 | 3,075.00 |
| Security Deposits | 0.00 | 0.00 | 1,375.00 | 0.00 |
| **Total Income** | 5,250.00 | 4,550.00 | 5,050.00 | 3,075.00 |
| **Expense** | | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 |
| Court Costs | 0.00 | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | | |
| Electric | 0.00 | 0.00 | 0.00 | 0.00 |
| Gas | 0.00 | 0.00 | 0.00 | 0.00 |
| Water | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Utilities** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Ordinary Income** | 5,250.00 | 4,550.00 | 5,050.00 | 3,075.00 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
| Interest Income | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | 5,250.00 | 4,550.00 | 5,050.00 | 3,075.00 |

12:49 PM
12/15/08
Accrual Basis

Case 08-41984    Doc 131    Don Briggs Case Number 08-41984    Filed 12/15/08 Entered 12/15/08 15:46:50    Desc Main
Document    Page 9 of 11

# Profit & Loss by Class
## April 26 through November 30, 2008

|  | #6<br>(809 Portland) | #7<br>(809 Portland) | 809 Portland - Other<br>(809 Portland) |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Other Income | 0.00 | 0.00 | 0.00 |
| Rental Income | 4,836.00 | 2,025.00 | 0.00 |
| Security Deposits | 0.00 | 675.00 | 0.00 |
| **Total Income** | 4,836.00 | 2,700.00 | 0.00 |
| **Expense** | | | |
| Automobile Expense | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 |
| Court Costs | 0.00 | 0.00 | 0.00 |
| Eviction Expenses | 0.00 | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 | 0.00 |
| Fines & Penalties | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 0.00 | 0.00 | 0.00 |
| Licenses & Permits | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 |
| **Professional Fees** | | | |
| Accounting | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 | 2,095.18 |
| Telephone Expense | 0.00 | 0.00 | 0.00 |
| **Utilities** | | | |
| Electric | 0.00 | 0.00 | 2,014.07 |
| Gas | 0.00 | 0.00 | 0.00 |
| Water | 0.00 | 0.00 | 1,070.10 |
| Utilities - Other | 0.00 | 0.00 | 242.00 |
| **Total Utilities** | 0.00 | 0.00 | 3,326.17 |
| **Total Expense** | 0.00 | 0.00 | 5,421.35 |
| **Net Ordinary Income** | 4,836.00 | 2,700.00 | -5,421.35 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Interest Income | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 |
| **Net Income** | 4,836.00 | 2,700.00 | -5,421.35 |

12:49 PM
12/15/08
Accrual Basis

## Doni Briggs- Case Number 08-41984
## Profit & Loss by Class
### April 26 through November 30, 2008

| | Total 809 Portland | Unclassified | TOTAL |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Other Income | 0.00 | 8,804.00 | 8,804.00 |
| Rental Income | 27,161.00 | 0.00 | 78,511.00 |
| Security Deposits | 3,300.00 | 0.00 | 5,660.00 |
| **Total Income** | 30,461.00 | 8,804.00 | 92,975.00 |
| **Expense** | | | |
| Automobile Expense | 0.00 | 1,948.00 | 1,948.00 |
| Bank Service Charges | 15.00 | 30.00 | 75.00 |
| Court Costs | 0.00 | 1,349.00 | 1,656.00 |
| Eviction Expenses | 0.00 | 0.00 | 592.00 |
| Fees | 0.00 | 572.23 | 572.23 |
| Fines & Penalties | 0.00 | 118.00 | 118.00 |
| Insurance Expense | 0.00 | 1,148.80 | 8,238.86 |
| Licenses & Permits | 0.00 | 0.00 | 236.00 |
| Office Supplies | 0.00 | 1,539.39 | 1,539.39 |
| Postage | 0.00 | 84.00 | 84.00 |
| **Professional Fees** | | | |
| Accounting | 0.00 | 7,000.00 | 7,000.00 |
| Legal | 0.00 | 10,239.30 | 10,239.30 |
| **Total Professional Fees** | 0.00 | 17,239.30 | 17,239.30 |
| Repairs and Maintenance | 2,095.18 | 4,217.98 | 12,344.10 |
| Telephone Expense | 0.00 | 2,529.46 | 2,712.52 |
| **Utilities** | | | |
| Electric | 2,014.07 | 0.00 | 6,303.62 |
| Gas | 0.00 | 0.00 | 1,558.70 |
| Water | 1,070.10 | 0.00 | 2,328.33 |
| Utilities - Other | 242.00 | 0.00 | 1,879.03 |
| **Total Utilities** | 3,326.17 | 0.00 | 12,069.68 |
| **Total Expense** | 5,436.35 | 30,776.16 | 59,425.08 |
| **Net Ordinary Income** | 25,024.65 | -21,972.16 | 33,549.92 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Interest Income | 0.00 | 38.43 | 38.43 |
| **Total Other Income** | 0.00 | 38.43 | 38.43 |
| **Net Other Income** | 0.00 | 38.43 | 38.43 |
| **Net Income** | 25,024.65 | -21,933.73 | 33,588.35 |

| # | Item | | Amount | |
|---|---|---|---:|---|
| 1 | CASH-BEGINNING OF MONTH | | 0.00 | |
| | **RECEIPTS FROM OPERATIONS** | | | |
| 2 | RENTS & RENT DEPOSITS | $ | 84,171.00 | |
| 3 | CLOSED ACCOUNTS | $ | 7,078.79 | |
| 4 | NET CASH SALES | $ | 91,249.79 | |
| | **COLLECTIONS OF ACCTS. REC.** | | | |
| 5 | PRE-PETITION | | | |
| 7 | POST-PETITION | | | |
| 8 | OTHER | $ | 8,804.00 | |
| | TOTAL OPERATING RECEIPTS (LINES 4+5+6+7) | $ | 100,053.79 | |
| | **NON-OPERATING RECEIPTS** | | | |
| 9 | LOANS / ADVANCES | | | |
| 10 | SALE OF ASSETS | | | |
| 11 | OTHER: INTEREST INCOME | $ | 38.43 | |
| 12 | TOTAL NON-OPERATING RECEIPTS (LINES 9+10+11) | $ | 38.43 | |
| 13 | TOTAL RECEIPTS (LINES 8+12) | $ | 100,092.22 | |
| 14 | TOTAL CASH AVAILABLE (LINES 13 + 1) | $ | 100,092.22 | |

CASE NAME:
CASE NUMBER:

| # | Item | | Amount | |
|---|---|---|---:|---|
| | **OPERATING DISBURSEMENTS:** | | | |
| 15 | NET PAYROLL | | | |
| 16 | PAYROLL TEAXES PAID | | | |
| 17 | SALES, USE AND OTHER TAXES PAID | | | |
| 18 | SECURED / RENTAL / LEASES | | | |
| 19 | UTILITIES | $ | 12,069.68 | * |
| 20 | INSURANCE | $ | 8,238.86 | * |
| 21 | INVENTORY PURCHASES/ASSET PURCHASES | | | |
| 22 | VEHICLE EXPENSE | $ | 1,948.00 | * |
| 23 | TRAVEL | | | |
| 24 | ENTERTAINMENT | | | |
| 25 | REPAIRS AND MAINTENANCE | $ | 12,344.10 | * |
| 26 | SUPPLIES | $ | 3,265.42 | |
| 27 | ADVERTISING | | | |
| 28 | OTHER: COURT COSTS/EVICTION COSTS/LIC | $ | 1,598.00 | * |
| 29 | OTHER: TELEPHONE | $ | 2,712.52 | * |
| 30 | OTHER: BANK CHARGES | $ | 193.00 | * |
| 31 | TOTAL OPERATING DISBURSEMENTS | $ | 42,369.58 | |
| | **REORGANIZATION EXPENSES** | | | |
| 32 | PROFESSIONAL FEES | $ | 17,239.30 | * |
| 33 | U.S. TRUSTEE QUARTERLY FEES | $ | 650.00 | * |
| 34 | OTHER: DON DRIGGS - DRAW | $ | 4,645.93 | |
| 35 | OTHER: | | | |
| 36 | TOTAL REORGANIZATION EXPENSES | $ | 22,535.23 | |
| 37 | TOTAL DISBURSEMENTS (LINES 31 + 36) | $ | 64,904.81 | |
| 38 | CASH-END OF MONTH | $ | 35,187.41 | |