UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky. Case No. 08-41984-GFK |
| Donald Andrew Driggs, | Chapter 11 Case |
| Debtor. | |

**STATEMENT OF REMAINING OBJECTIONS OF COMMERCE BANK TO THE DEBTOR'S THIRD AMENDED DISCLOSURE STATEMENT**

Commerce Bank (the "Bank"), by and through its undersigned attorneys, hereby states to the Court as follows:

1.  In an Order Re: Proceedings on Adequacy of Disclosure Statement, Confirmation of Plan, and Motion of Commerce Bank for Relief from Stay entered on January 13, 2009 (the "Order"), the Bank was to file, by 5:00 p.m. on January 30, 2009, a statement describing any remaining objections to the Debtor's Third Amended Disclosure Statement (the "Disclosure Statement").

2.  Debtor and the Bank have attempted to resolve objections and continue to do so.

3.  At this time, the Bank has a remaining objection concerning the adequacy of the Disclosure Statement with respect to a description of the treatment of its claim should the Debtor's objection to the Bank's 1111(b) election be overruled.

4.  Debtor and the Bank are working to resolve this objection prior to the hearing scheduled for 2:00 p.m. on February 3, 2009 before the Court.

5.  All previously-made objections more properly going to the confirmability of the Debtor's plan are reserved by the Bank for disposition in the confirmation process.

1319924v1

6. It is hoped that the remaining objections of the Bank to the Disclosure Statement will be resolved prior to the hearing. If so, counsel will undertake promptly to notify the Court.

Dated: January 30, 2009

MOSS & BARNETT
A Professional Association

By /e/ James A. Rubenstein
   James A. Rubenstein, #94080
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 877-5000
**Attorneys for Commerce Bank**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:     Bky. Case No. 08-41984-GFK

Donald Andrew Driggs,     Chapter 11 Case

    Debtor.

**CERTIFICATE OF SERVICE**

Maureen A. Montpetit, employed by Moss & Barnett, with office address of 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402, declares under penalty of perjury that on January 30, 209, I caused the following documents:  **(1) Statement of Remaining Objections of Commerce Bank to the Debtor's Third Amended Disclosure Statement; and (2) Certificate of Service** to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that the following have been served with a copy of said documents through notification by ECF or if the recipient is not an ECF recipient, then by facsimile or first class mail:

| | |
|---|---|
| Jamie R. Pierce, Esq.<br>Thomas G. Wallrich, Esq.<br>Hinshaw & Culbertson LLP<br>333 South Seventh Street, Suite 2000<br>Minneapolis, MN 55402<br>jpierce@hinshawlaw.com<br>twallrich@hinshawlaw.com<br>*Attorneys for Debtor* | Sarah J. Wencil, Esq.<br>Office of the U.S. Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>ustpregion12.mn.ecf@usdoj.gov<br>Sarah.J.Wencil@usdoj.gov |
| James L. Wiant, Esq.<br>Rinke-Noonan<br>1015 West St. Germain St., Suite 300<br>P. O. Box 1497<br>St. Cloud, MN 56302<br>jwiant@rnoon.com<br>*Attorneys for St. Stephen State Bank* | James A. Geske, Esq.<br>Wilford & Geske<br>7650 Currell Boulevard, Suite 300<br>Woodbury, MN 55125<br>JGeske@wilfordgeske.com<br>*Attorneys for Wachovia Mortgage FSB fka World Savings Bank and Aura Loan Services LLC* |
| Joe M. Lozano, Jr., Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>notice@bkcylaw.com<br>*Attorneys for CitiMortgage, Inc.* | Corey J. Eilers, Esq.<br>Koepke Law Group, P.A.<br>3161 Fernbrook Lane, N.<br>Plymouth, MN 55447<br>ceilers@koepkelawgroup.com<br>*Attorneys for Home Federal Savings Bank* |

1319924v1

Christopher A. Camardelil, Esq.
Daniel C. Beck, Esq.
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
ccamardello@winthrop.com
dbeck@winthrop.com
*Attorneys for State Bank of Delano*

Carole Clark Isakson, Esq.
Michael C. Glover, Esq.
Kalina Wills Gisvold & Clark PLLP
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
lsakson@kwgc-law.com
glover@kwgc-law.com
*Attorneys for Heritage Bank, N.A.*

Alice A. Blanco, Esq.
McCalla Ramyer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
bkmail@mccalla.com
*Attorneys for Wells Fargo Bank, N.A.*

David G. Hellmuth, Esq.
Helmuth & Johnson, PLLC
10400 Viking Drive, Suite 500
Eden Prairie, MN 55344
dhellmuth@hjlawfirm.com
*Attorneys for Crown Bank*

Paul A. Weingarden, Esq.
Usset & Weingarden P.L.L.P.
4500 Park Glen Road, #120
Minneapolis, MN 55416
erinb@ouwlaw.com
*Attorneys for Chase Home Finance LLC*

Executed:  January 30, 2009          Signed:  /e/ Maureen A. Montpetit
                                              Maureen A. Montpetit

1319924v1                              2