

**Wayzata Office**

201 East Lake Street
Wayzata, MN 55391-1695
· 952-473-3000
Fax 952-473-3932
www.cbburnet.com

December 24, 2008

Don Driggs
2925 Casco Point Road
Orono, MN 55391

**Dear Don Driggs,**

We appreciate the opportunity to present our marketing plan and analysis to you.

The real estate market is changing everyday.  We've put together this comparative market analysis to give you the most up-to-date information available about what is happening in your market area.

Some of the properties included in this analysis vary in size and amenities in comparison to your home. To account for these differences we've gone the extra step and included an adjusted market analysis for you, along with a standard statistical analysis.  This adjusted market analysis will more accurately indicate a price range in today's market place based on factors like the neighborhood you live in, the actual size of your home, and its specific amenities.

This comparative market analysis will provide you with the information necessary to indicate an appropriate price range for your property in today's market.

It is very important that we price your home correctly and get your home in "showcase" condition.  There are many competing homes on the market, all at different price ranges.  Buyers understandably are very selective.  The best-looking and competitively priced homes will attract the most qualified buyers.

The following pages outline our analysis of the current market conditions, the market value of your home, and our plan to market your home to the widest possible audience in the quickest amount of time.

Thank you again for this opportunity.  We look forward to a successful partnership.

Sincerely,

*Paul Larson*

Paul Larson

---

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742    The accuracy of all information is deemed reliable, but is not guaranteed.
Owned And Operated By NRT LLC.

# Hennepin County Property Map - Tax Year: 2008

The data contained on this page is derived from a compilation of records and maps and may contain discrepancies that can only be disclosed by an accurate survey performed by a licensed land surveyor. The perimeter and area (square footage and acres) are approximates and may contain discrepancies. The information on this page should be used for reference purposes only. Hennepin County does not guarantee the accuracy of material herein contained and is not responsible for any misuse or misrepresentation of this information or its derivatives.



**Selected Parcel Data**
Parcel ID: 20-117-23-31-0050
Owner Name: DONALD A DRIGGS
Parcel Address: 2925 CASCO POINT RD , ORONO , MN 55391
Property Type: RESIDENTIAL LAK
Homestead: NON-HOMESTEAD
Area (sqft): 22877
Area (acres): 0.53
A-T-B: ABSTRACT
Market Total: $868,000.00
Tax Total: $7,436.70

Date Printed: 12/3/2008 2:39:44 PM
Current Parcel Date: 11/3/2008

Sale Price: $555,000.00
Sale Date: 09/2000
Sale Code: WARRANTY DEED



# Hennepin County Oblique Aerials
### Images courtesy of: Microsoft® Virtual Earth™ 2008
### Flight Date: April 2006



Personal and Professional Information

# Comparative Market Analysis Explanation

The remainder of this presentation contains information that will enable us to compare your home to others like it in the market place.  This comparison will help us decide the fair market value for your home in the current market.  Once we have decided on a price and tested it, changing market conditions may require adjustments to the price to remain competitive.

This comparison is called a comparative market analysis (CMA).  It uses the most current and reliable information from the Multiple Listing Service (MLS), real estate firms, and title companies in this community.  The homes included in this analysis are a sampling of properties in the area that are currently for sale or that have recently sold.  They provide us a base line from which to begin our comparison.  Other factors considered in this comparison are square footage, location, amenities, the physical condition of your property, and the effects of any existing financing on your home.

At times, the term "fair market value" causes confusion.  The definition has three basic parts – particular house – current condition – time frame (usually 30 to 90 days).  Put simply, fair market value is the price at which a home will sell within a reasonable amount of time.  This CMA will allow us to figure, using the above information, the fair market value for your home.  Remember this is just an estimation and the price could vary up or down depending on the motivation of the buyer, seller and any fluctuations in the market.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742     The accuracy of all information is deemed reliable, but is not guaranteed.

# Comparable Price Analysis



| Comparable Price Analysis | Sold Price | Price per Sq.Ft. |
|---|---|---|
| Low Price | $500,000 | $215 |
| Average Price | $599,070 | $307 |
| High Price | $698,900 | $386 |

| Adjusted Price Analysis | Sold Price | Price per Sq.Ft. |
|---|---|---|
| Low Price | $500,000 | $215 |
| Average Price | $599,070 | $307 |
| High Price | $698,900 | $386 |

| Approx. Market Value | $600,000 |
|---|---|

Seller                                                  Date

Broker/Sales Associate                                  Date

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742    The accuracy of all information is deemed reliable, but is not guaranteed.

*Comparable Property Details*

# Properties Currently for Sale

## 2691 Casco Point Rd                                                          # 1



**City/Area:** ORON, MN 55391

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 256 |
| **MLS#:** 3526598 | **List Price:** $699,900 | **List Date:** | 4/12/2008 |
| **Beds:** 4 | **Baths:** 3 | **Sq. Ft.:** | 2,074 |
| **Year/Age:** 1906 | **$/Sq. Ft.:** $337 | **Map Code:** | 117 |
| **Lot Size:** E79X320XL60X260 | | **Census Tract:** | |
| | | | 0272.03 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Crawl Space/Partial; Appliances: Dishwasher/Disposal/Dryer/Exhaust Fan/Hood/Microwave/Range/Washer/Water Softener - Owned;

**Remarks:** Relocation makes this Casco Pt. GEM avail. & great opportunity to enjoy lake living every day. West facing sunsets, boathouse, newly refreshed w/paint & stainless appliances. All reasonable offers will be considered.

## 4756 Kildare Rd                                                             # 2



**City/Area:** MOUD, MN 55364

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 432 |
| **MLS#:** 3627762 | **List Price:** $579,900 | **List Date:** | 12/13/2008 |
| **Beds:** 3 | **Baths:** 4 | **Sq. Ft.:** | 3,383 |
| **Year/Age:** 2007 | **$/Sq. Ft.:** $171 | **Map Code:** | 117 |
| **Lot Size:** 80x430 | | **Census Tract:** | |
| | | | 0276.02 |

**Interior Features:** Cooling: Central; Heating: Forced Air/In-Floor Heating; Fireplace: Y; Basement: Finished (Livable)/Partial; Appliances: Dishwasher/Dryer/Washer;

**Remarks:** This home is a great buy!! Sits on a very quiet street on high ground. Has .79 acres of land to enjoy w/ great views. Home has open vaulted ceilings. The master & bath is done with high end finishes. Great opportunity to live on the LAKE!!

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742      The accuracy of all information is deemed reliable, but is not guaranteed.

Comparable Property Details

# Properties Currently for Sale

## 4894 Edgewater Dr # 3



**City/Area:** MOUD, MN 55364

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 224 |
| **MLS#:** 3542828 | **List Price:** $599,900 | **List Date:** | 5/14/2008 |
| **Beds:** 3 | **Baths:** 2 | **Sq. Ft.:** | 1,876 |
| **Year/Age:** 1915 | **$/Sq. Ft.:** $320 | **Map Code:** | 117 |
| **Lot Size:** 50 X 174 X56 X170 | | **Census Tract:** | |
| | | | 0276.01 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Full; Appliances: Dishwasher/Dryer/Range/Refrigerator/Washer/Water Softener - Owned;

**Remarks:** Enjoy beautiful Lake Minnetonka from your spacious deck overlooking Harrison Bay. This lovely home features 3 BRs all on one level. Beautiful built-ins & classic hardwood floors make this home a place to call your own!

## 1960 Shorewood Ln # 4



**City/Area:** MOUD, MN 55364

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 107 |
| **MLS#:** 3596615 | **List Price:** $650,000 | **List Date:** | 9/8/2008 |
| **Beds:** 3 | **Baths:** 2 | **Sq. Ft.:** | 1,364 |
| **Year/Age:** 1925 | **$/Sq. Ft.:** $477 | **Map Code:** | 12 |
| **Lot Size:** 75L x 185 x 75 x 198 | | **Census Tract:** | |
| | | | 0276.01 |

**Interior Features:** Cooling: Window; Heating: Baseboard/Hot Water; Fireplace: N; Basement: Full/Walkout; Appliances: Range/Refrigerator;

**Remarks:** Estate property 1st time available to public. Executive handyman special, square and level. Main floor master has glass door to 34x10 ft lakeside enclosed porch. Panoramic view of West Arm Bay.22x28 detached garage. New house on this lot add $350,000.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742   The accuracy of all information is deemed reliable, but is not guaranteed.

Comparable Property Details

# Properties Currently for Sale

## 1900 Shorewood Ln                                              # 5



**City/Area:** MOUD, MN 55364

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 42 |
| **MLS#:** 3619523 | **List Price:** $669,900 | **List Date:** | 11/12/2008 |
| **Beds:** 5 | **Baths:** 3 | **Sq. Ft.:** | 2,348 |
| **Year/Age:** 1987 | **$/Sq. Ft.:** $285 | **Map Code:** | 117 |
| **Lot Size:** 50x127x50x137 | | **Census Tract:** | |
| | | | 0276.01 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Walkout; Appliances: Range;

**Remarks:** THIS HOME HAS IT ALL HARD WOOD FLOORS GRANITE, LVL LAKE SHORE, SS APPLIANCES, 5 BEDROOMS, OPEN FLOOR PLAN, BIG WATER VIEWS, ALL OFFERS SUBJECT TO 3RD PARTY APPROVAL, THEY ARE MOTIVATED AND REPLY QUICKLY. BRING ALL OFFERS!

## 4621 Kildare Rd                                               # 6



**City/Area:** MOUD, MN 55364

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 997 |
| **MLS#:** 3580104 | **List Price:** $699,900 | **List Date:** | 8/1/2008 |
| **Beds:** 4 | **Baths:** 3 | **Sq. Ft.:** | 2,912 |
| **Year/Age:** 2006 | **$/Sq. Ft.:** $240 | **Map Code:** | 117 |
| **Lot Size:** Irregular | | **Census Tract:** | |
| | | | 0276.02 |

**Interior Features:** Cooling: Central; Heating: Forced Air/In-Floor Heating; Fireplace: Y; Basement: Walkout; Appliances: Cooktop/Dishwasher/Disposal/Exhaust Fan/Hood/Microwave/Refrigerator/Wall Oven/Water Softener - Owned;

**Remarks:** Lakefront living at its best. 2006 new construction. Upscale finishes--Maple, granite, slate & ceramic, Pella tinted windows, main flr master, spa bath. Dream kitchen-open to greatroom, vaults. LL walkout to patio - lake - dock.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

## Comparable Property Details

# Properties Currently for Sale

---

### 3200 North Shore Dr                                                                # 7



**City/Area:** ORON, MN 55391

**MLS#:** 3606086          **List Price:** $699,000
**Beds:** 2               **Baths:** 2
**Year/Age:** 1910        **$/Sq. Ft.:** $402
**Lot Size:** S58X560XL58X555

**DOM/MT:** 449
**List Date:** 10/2/2008
**Sq. Ft.:** 1,740
**Map Code:** 103
**Census Tract:**
                    0272.01

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Partial;

**Remarks:** Charming 1 story home on 58 of lvl lakeshore w/sandy beach on Maxwell Bay. Lots of potiential. Loft over garage can be finished to add addtl 400+ sq ft. Roof, windows, furnace all new within last 5 yrs. Move in now and add your improvements later.

---

### 5432 Breezy Rd                                                                    # 8



**City/Area:** MOUD, MN 55364

**MLS#:** 3614986          **List Price:** $595,000
**Beds:** 4               **Baths:** 2
**Year/Age:** 1959        **$/Sq. Ft.:** $242
**Lot Size:** 80X240

**DOM/MT:** 209
**List Date:** 10/28/2008
**Sq. Ft.:** 2,461
**Map Code:** 116
**Census Tract:**
                    0276.01

**Interior Features:** Cooling: None; Heating: Baseboard/Hot Water; Fireplace: Y; Basement: Finished (Livable)/Full/Walkout; Appliances: Dishwasher/Disposal/Dryer/Exhaust Fan/Hood/Range/Refrigerator/Washer/Water Softener - Owned;

**Remarks:** NO COMMONS - Private setting. 80 ft of flat level lakeshore on Harrison Bay. Big spacious back yd, two FPs, four BRs, walkout basement walkout BR. Huge patio & deck. Great for entertaining and lots of kids. Mega storage. inside and out.

---

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742          The accuracy of all information is deemed reliable, but is not guaranteed.

*Comparable Property Details*

# Properties Recently Sold

## 4416 Denbigh Rd # 9



**City/Area:** MOUD, MN 55364

**MLS#:** 3313164

| | |
|---|---|
| **Beds:** 3 | **Baths:** 2 |
| **Year/Age:** 1963 | **$/Sq. Ft.:** $350 |
| **Lot Size:** 200 x 50L | |

**List Price:** $575,000
**Sold Price:** $595,000

**DOM/MT:** 33
**List Date:** 1/11/2007
**Sold Date:** 2/23/2007
**Sq. Ft.:** 1,700
**Map Code:** 117
**Census Tract:** 0276.02

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Walkout; Appliances: Dishwasher/Dryer/Exhaust Fan/Hood/Microwave/Range/Refrigerator/Washer;

**Remarks:** GREAT OPPORTUNITY TO BE ON LK MTKA (BLACK LAKE BAY) AT A VERY REASONABLE COST. BEST VALUE ON THE LAKE. DIRECT LAKESHORE, NOT COMMONS. NEWER CARPET, REFINISHED FLOORS, LG DECK W/SCINTILATING VIEWS & GRADUAL SLOPE TO THE LK. QUICK CLOSING POSS.

## 2048 Arbor Ln # 10



**City/Area:** MOUD, MN 55364

**MLS#:** 3342009

| | |
|---|---|
| **Beds:** 3 | **Baths:** 2 |
| **Year/Age:** 1915 | **$/Sq. Ft.:** $332 |
| **Lot Size:** 183 x 50 | |

**List Price:** $609,900
**Sold Price:** $610,000

**DOM/MT:** 188
**List Date:** 3/13/2007
**Sold Date:** 9/21/2007
**Sq. Ft.:** 1,840
**Map Code:** 117
**Census Tract:** 0276.01

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: N; Basement: Crawl Space/Daylight/Lookout Windows/Full/Walkout; Appliances: Dishwasher/Disposal/Dryer/Microwave/Range/Refrigerator/Washer/Water Softener - Owned;

**Remarks:** PRICED FOR IMMEDIATE SALE. BEST BUY IN THIS PRICE RANGE AND AREA. Live on Lake Minnetonka with open water views! Well maintained w/many updates. Rare for the area 50ft of private shoreline-not common! Contact the agent & read the supplement for more info.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742   The accuracy of all information is deemed reliable, but is not guaranteed.

# Comparable Property Details

# Properties Recently Sold

## 4886 Edgewater Dr                                      # 11



**City/Area:** MOUD, MN 55364

| | | |
|---|---|---|
| **MLS#:** 3360416 | **List Price:** $649,900 | **DOM/MT:** 206 |
| | **Sold Price:** $606,950 | **List Date:** 4/16/2007 |
| | | **Sold Date:** 7/27/2007 |
| **Beds:** 3 | **Baths:** 2 | **Sq. Ft.:** 1,860 |
| **Year/Age:** 1973 | **$/Sq. Ft.:** $326 | **Map Code:** 117 |
| **Lot Size:** 50 x 183 | | **Census Tract:** 0276.01 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Finished (Livable)/Full/Walkout; Appliances: Dishwasher/Disposal/Dryer/Exhaust Fan/Hood/Freezer/Other/Range/Refrigerator/Washer;

**Remarks:** Mile-long views, gently-sloping lawn & private lkshore! Open floorplan & recent updates highlight this home located in quiet n'hood. Steps to the new regional bike trail & rejuvenated downtown Mound. Credit avail. for future 3rd BR w/acceptable offer.

## 1901 Shorewood Ln                                     # 12



**City/Area:** MOUD, MN 55364

| | | |
|---|---|---|
| **MLS#:** 3525653 | **List Price:** $680,000 | **DOM/MT:** 329 |
| | **Sold Price:** $680,000 | **List Date:** 4/11/2008 |
| | | **Sold Date:** 5/15/2008 |
| **Beds:** 3 | **Baths:** 3 | **Sq. Ft.:** 1,848 |
| **Year/Age:** 1978 | **$/Sq. Ft.:** $368 | **Map Code:** 117 |
| **Lot Size:** 80X230X80X245 | | **Census Tract:** 0276.01 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Daylight/Lookout Windows/Full/Walkout;

**Remarks:** WHO NEEDS A CABIN. COME HOME TO 80 FT OF LK MINNETONKA QUIET AREA ON HARRISON BAY. SPACIOUS WALKOUT SPLIT OFFERS ROOM TO ROAM AND 3 FIREPLACES! PLENTY OF PARKING FOR ENTERTAINING.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

*Comparable Property Details*

# Properties Recently Sold

## 1871 Shorewood Ln                                                    # 13

**City/Area:** MOUD, MN 55364

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 179 |
| **MLS#:** 3544270 | **List Price:** $699,000 | **List Date:** | 5/16/2008 |
| | **Sold Price:** $620,000 | **Sold Date:** | 10/20/2008 |
| **Beds:** 4 | **Baths:** 2 | **Sq. Ft.:** | 2,018 |
| **Year/Age:** 1930 | **$/Sq. Ft.:** $307 | **Map Code:** | 117 |
| **Lot Size:** 60x227x60x220 | | **Census** | |
| | | **Tract:** | 0276.01 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Crawl Space; Appliances: Cooktop/Dishwasher/Dryer/Range/Refrigerator/Washer;

**Remarks:** Level Lake Mtka sandy "SW exposure" shoreline. HUGE 12,894 SQ FT lot; future VALUE for new const. Hme's E side borders a "natural park"; extra privacy! Cute Cottage on quiet bay offers fireside dining-vaulted Grt Rm-Lg lkside DK-ONE lvl living, WOW!

## 2965 Casco Point Rd                                                  # 14



**City/Area:** ORON, MN 55391

| | | | |
|---|---|---|---|
| | | **DOM/MT:** | 40 |
| **MLS#:** 3543200 | **List Price:** $699,900 | **List Date:** | 5/14/2008 |
| | **Sold Price:** $698,900 | **Sold Date:** | 7/3/2008 |
| **Beds:** 3 | **Baths:** 3 | **Sq. Ft.:** | 2,318 |
| **Year/Age:** 1920 | **$/Sq. Ft.:** $302 | **Map Code:** | 117 |
| **Lot Size:** Irregular-See Lister | | **Census** | |
| | | **Tract:** | 0272.03 |

**Interior Features:** Cooling: Central; Heating: Forced Air/In-Floor Heating; Fireplace: Y; Basement: Daylight/Lookout Windows/Full/Walkout; Appliances: Cooktop/Dishwasher/Disposal/Dryer/Microwave/Refrigerator/Wall Oven/Washer;

**Remarks:** Rambler with Lake Minnetonka frontage in Desirable Casco Point Area. Gourmet Kitchen with SS appliances, Granite countertops and Maple Cabinets & Flooring. Large Master Suite w/private bath & WIC. Great Room with panoramic windows overlook the Lake!

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742          The accuracy of all information is deemed reliable, but is not guaranteed.

# Comparable Property Details

# Properties Recently Sold

## 5120 Shady Island Trl                                                      # 15



**City/Area:** SHRW, MN 55364

| | | | | |
|---|---|---|---|---|
| | | | **DOM/MT:** | 226 |
| **MLS#:** 3461987 | **List Price:** | $575,000 | **List Date:** | 10/31/2007 |
| | **Sold Price:** | $575,000 | **Sold Date:** | 7/30/2008 |
| **Beds:** 4 | **Baths:** | 3 | **Sq. Ft.:** | 2,564 |
| **Year/Age:** 1908 | **$/Sq. Ft.:** | $224 | **Map Code:** | 117 |
| **Lot Size:** 105X190X80LX265 | | | **Census** | |
| | | | **Tract:** | 0275.03 |

**Interior Features:** Cooling: Wall; Heating: Baseboard/Hot Water; Fireplace: Y; Basement: Daylight/Lookout Windows/Finished (Livable)/Full/Walkout; Appliances: Cooktop/Dishwasher/Disposal/Dryer/Exhaust Fan/Hood/Wall Oven/Washer;

**Remarks:** Beautiful Lake Minnetonka lot with 80 ft of eastern exposure overlooking Spray and Goose Islands. Wonderful views, nicely wooded, very private island living (apx 30 homes on Shady Island). Remodel or build new. Great opportunity to own on the lake.

## 2128 Centerview Ln                                                        # 16

**City/Area:** MOUD, MN 55364

| | | | | |
|---|---|---|---|---|
| | | | **DOM/MT:** | 456 |
| **MLS#:** 3527236 | **List Price:** | $595,000 | **List Date:** | 4/15/2008 |
| | **Sold Price:** | $560,000 | **Sold Date:** | 9/29/2008 |
| **Beds:** 4 | **Baths:** | 5 | **Sq. Ft.:** | 2,592 |
| **Year/Age:** 2006 | **$/Sq. Ft.:** | $216 | **Map Code:** | 117 |
| **Lot Size:** 157x109x131x89 | | | **Census** | |
| | | | **Tract:** | 0276.01 |

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: N; Basement: Walkout; Appliances: Dishwasher/Microwave/Range/Refrigerator;

**Remarks:** A rare find! 2006 custom flr plan on 89' of lakeshore. Scenic views from all windows, wrap around deck & mas. balcony. Granite cntr tops, maple cabinets, hdwd flr, butler pantry, 5 ceramic ba's. 1st flr lndry. 3+ car gar w/potential studio. A gem!

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742    The accuracy of all information is deemed reliable, but is not guaranteed.

Comparable Property Details

# Properties Recently Sold

## 4547 Island View Dr # 17



**City/Area:** MOUD, MN 55364

**MLS#:** 3554344

| | | | |
|---|---|---|---|
| **List Price:** | $650,000 | **DOM/MT:** | 132 |
| **Sold Price:** | $565,000 | **List Date:** | 6/6/2008 |
| | | **Sold Date:** | 9/2/2008 |
| **Beds:** 2 | **Baths:** 2 | **Sq. Ft.:** | 1,460 |
| **Year/Age:** 1920 | **$/Sq. Ft.:** $387 | **Map Code:** | 117 |
| **Lot Size:** Irregular Lake Lot | | **Census Tract:** | 0276.02 |

**Interior Features:** Cooling: Central; Heating: Forced Air/Other; Fireplace: Y; Basement: Finished (Livable)/Full/Walkout; Appliances: Dishwasher/Range/Refrigerator/Water Softener - Owned;

**Remarks:** One of Lake Mtkas finest panoramic views. Flat lot; GREAT water. Quaint storybook cottage surrounded by lush gardens & lake views. Quiet setting. Lakeside deck is barefoot steps to waters edge. Million $ plus nbrhd. Turn-key ready to enjoy! Hurry!

## 4917 Island View Dr # 18



**City/Area:** MOUD, MN 55364

**MLS#:** 3530721

| | | | |
|---|---|---|---|
| **List Price:** | $589,900 | **DOM/MT:** | 327 |
| **Sold Price:** | $500,000 | **List Date:** | 4/22/2008 |
| | | **Sold Date:** | 9/25/2008 |
| **Beds:** 3 | **Baths:** 3 | **Sq. Ft.:** | 2,318 |
| **Year/Age:** 1978 | **$/Sq. Ft.:** $216 | **Map Code:** | 117 |
| **Lot Size:** 40L x 100 | | **Census Tract:** | 0276.02 |

**Interior Features:** Cooling: Central; Heating: Hot Water; Fireplace: Y; Basement: Walkout; Appliances: Central Vacuum/Cooktop/Dishwasher/Dryer/Exhaust Fan/Hood/Freezer/Microwave/Range/Refrigerator/Wall Oven/Washer/Water Softener - Owned;

**Remarks:** Great House! Great Value! Many Updates! Famous Lake Minnetonka!

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742    The accuracy of all information is deemed reliable, but is not guaranteed.

Comparable Property Details

# Properties Recently Sold

## 3510 Tuxedo Rd    # 19



City/Area: MNT, MN 55364

MLS#: 3499506

| | | DOM/MT: 303 |
| List Price: $689,900 | List Date: 2/15/2008 |
| Sold Price: $675,000 | Sold Date: 5/29/2008 |

Beds:       3         Baths:       3         Sq. Ft.:      2,020
Year/Age:  1996      $/Sq. Ft.:   $334     Map Code: 117
Lot Size:   Irregular                       Census
                                            Tract:       0277.00

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: Drain Tiled/Egress Windows/Finished (Livable)/Full/Sump Pump/Walkout; Appliances: Central Vacuum/Dishwasher/Disposal/Dryer/Exhaust Fan/Hood/Microwave/Range/Refrigerator/Trash Compactor/Washer/Water Softener - Owned;

**Remarks:** Perfect move in condition! 100 feet of level, rip rapped lakeshore, fresh paint, new shake siding, 2 gas FP, whirlpool tub, 9' ceilings, blt-in audio, huge lakeside deck, the list goes on and on. Low maintenance!

## 450 Lafayette Ave    # 20



City/Area: EXCE, MN 55331

MLS#: 3574024

| | | DOM/MT: 299 |
| List Price: $617,900 | List Date: 7/18/2008 |
| Sold Price: $503,000 | Sold Date: 9/8/2008 |

Beds:       4         Baths:       2         Sq. Ft.:      1,509
Year/Age:  1920      $/Sq. Ft.:   $333     Map Code: 117
Lot Size:   irregular                       Census
                                            Tract:       0275.01

**Interior Features:** Cooling: Central; Heating: Forced Air; Fireplace: Y; Basement: None; Appliances: Cooktop/Dishwasher/Exhaust Fan/Hood/Refrigerator/Wall Oven;

**Remarks:** Fantastic Lake Minnetonka Lakeshore on main lower lake with stunning views! 40' with large level yard on main lake + 20' lakeshore on channel. All this close to downtown Excelsior, shopping, dining and recreation!

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742    The accuracy of all information is deemed reliable, but is not guaranteed.

## Comparable Property Details

# Map of Comparable Properties



Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

# Comparable Properties
# Map Listing Index

| Order # | Address | Date Listed | Listing Price |
|---|---|---|---|
| 1 | 2691 Casco Point Rd | 4/12/2008 | $699,900 |
| 2 | 4756 Kildare Rd | 12/13/2008 | $579,900 |
| 3 | 4894 Edgewater Dr | 5/14/2008 | $599,900 |
| 4 | 1960 Shorewood Ln | 9/8/2008 | $650,000 |
| 5 | 1900 Shorewood Ln | 11/12/2008 | $669,900 |
| 6 | 4621 Kildare Rd | 8/1/2008 | $699,900 |
| 7 | 3200 North Shore Dr | 10/2/2008 | $699,000 |
| 8 | 5432 Breezy Rd | 10/28/2008 | $595,000 |
| 9 | 4416 Denbigh Rd | 1/11/2007 | $575,000 |
| 10 | 2048 Arbor Ln | 3/13/2007 | $609,900 |
| 11 | 4886 Edgewater Dr | 4/16/2007 | $649,900 |
| 12 | 1901 Shorewood Ln | 4/11/2008 | $680,000 |
| 13 | 1871 Shorewood Ln | 5/16/2008 | $699,000 |
| 14 | 2965 Casco Point Rd | 5/14/2008 | $699,900 |
| 15 | 5120 Shady Island Trl | 10/31/2007 | $575,000 |
| 16 | 2128 Centerview Ln | 4/15/2008 | $595,000 |
| 17 | 4547 Island View Dr | 6/6/2008 | $650,000 |
| 18 | 4917 Island View Dr | 4/22/2008 | $589,900 |
| 19 | 3510 Tuxedo Rd | 2/15/2008 | $689,900 |
| 20 | 450 Lafayette Ave | 7/18/2008 | $617,900 |

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742     The accuracy of all information is deemed reliable, but is not guaranteed.

Market Analysis

# Comparable Property Statistics

## *Active Properties*

| | |
|---|---|
| **Number of Listings** | 8 |
| **Lowest List Price** | $579,900 |
| **Average List Price** | $649,188 |
| **Highest List Price** | $699,900 |
| **Average Price/SqFt** | $309 |
| **Average DOM** | 340 |



## *Sold Properties*

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

# Market Analysis

# Comparable Property Statistics

| | |
|---|---|
| **Number of Listings** | 12 |
| **Lowest Sold Price** | $500,000 |
| **Average Sold Price** | $599,071 |
| **Highest Sold Price** | $698,900 |
| **Average Price/SqFt** | $308 |
| **Average DOM** | 227 |



Copyright © eNeighborhoods, Inc. (800)975-9742   The accuracy of all information is deemed reliable, but is not guaranteed.

**Market Analysis**

# Summary of Comparable Properties

| Address | Beds | Baths | DOM | SqFt | List Price | Sold Price | Sold Date |
|---|---|---|---|---|---|---|---|
| **Active Properties** | | | | | | | |
| 2691 Casco Point Rd | 4 | 3 | 256 | 2,074 | $699,900 | | |
| 4756 Kildare Rd | 3 | 4 | 432 | 3,383 | $579,900 | | |
| 4894 Edgewater Dr | 3 | 2 | 224 | 1,876 | $599,900 | | |
| 1960 Shorewood Ln | 3 | 2 | 107 | 1,364 | $650,000 | | |
| 1900 Shorewood Ln | 5 | 3 | 42 | 2,348 | $669,900 | | |
| 4621 Kildare Rd | 4 | 3 | 997 | 2,912 | $699,900 | | |
| 3200 North Shore Dr | 2 | 2 | 449 | 1,740 | $699,000 | | |
| 5432 Breezy Rd | 4 | 2 | 209 | 2,461 | $595,000 | | |
| *Averages* | | | 339 | 2,269 | **$649,187** | | |
| **Sold Properties** | | | | | | | |
| 4416 Denbigh Rd | 3 | 2 | 33 | 1,700 | $575,000 | $595,000 | 2/23/2007 |
| 2048 Arbor Ln | 3 | 2 | 188 | 1,840 | $609,900 | $610,000 | 9/21/2007 |
| 4886 Edgewater Dr | 3 | 2 | 206 | 1,860 | $649,900 | $606,950 | 7/27/2007 |
| 1901 Shorewood Ln | 3 | 3 | 329 | 1,848 | $680,000 | $680,000 | 5/15/2008 |
| 1871 Shorewood Ln | 4 | 2 | 179 | 2,018 | $699,000 | $620,000 | 10/20/2008 |
| 2965 Casco Point Rd | 3 | 3 | 40 | 2,318 | $699,900 | $698,900 | 7/3/2008 |
| 5120 Shady Island Trl | 4 | 3 | 226 | 2,564 | $575,000 | $575,000 | 7/30/2008 |
| 2128 Centerview Ln | 4 | 5 | 456 | 2,592 | $595,000 | $560,000 | 9/29/2008 |
| 4547 Island View Dr | 2 | 2 | 132 | 1,460 | $650,000 | $565,000 | 9/2/2008 |
| 4917 Island View Dr | 3 | 3 | 327 | 2,318 | $589,900 | $500,000 | 9/25/2008 |
| 3510 Tuxedo Rd | 3 | 3 | 303 | 2,020 | $689,900 | $675,000 | 5/29/2008 |
| 450 Lafayette Ave | 4 | 2 | 299 | 1,509 | $617,900 | $503,000 | 9/8/2008 |
| *Averages* | | | 226 | 2,003 | **$635,950** | **$599,070** | |

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742          The accuracy of all information is deemed reliable, but is not guaranteed.

**Market Analysis**

# Summary Analysis



| Listing Category | Lowest Price | Highest Price | Average Price | $/SqFt | DOM |
|---|---|---|---|---|---|
| **Active** | **$579,900** | **$699,900** | **$649,187** | **$309** | **340** |
| **Sold** | **$500,000** | **$698,900** | **$599,070** | **$308** | **226** |
| **Total Averages** | **$539,950** | **$699,400** | **$624,129** | **$309** | **283** |

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

# Market Analysis

## Sold Property Analysis

| Address | List Price | Sold Price | DOM | % Chg | $/SqFt |
|---|---|---|---|---|---|
| 4416 Denbigh Rd | $575,000 | $595,000 | 33 | 3.48 % | $350 |
| 2048 Arbor Ln | $609,900 | $610,000 | 188 | 0.02 % | $332 |
| 4886 Edgewater Dr | $649,900 | $606,950 | 206 | 6.61 % | $326 |
| 1901 Shorewood Ln | $680,000 | $680,000 | 329 | 0.00 % | $368 |
| 1871 Shorewood Ln | $699,000 | $620,000 | 179 | 11.30 % | $307 |
| 2965 Casco Point Rd | $699,900 | $698,900 | 40 | 0.14 % | $302 |
| 5120 Shady Island Trl | $575,000 | $575,000 | 226 | 0.00 % | $224 |
| 2128 Centerview Ln | $595,000 | $560,000 | 456 | 5.88 % | $216 |
| 4547 Island View Dr | $650,000 | $565,000 | 132 | 13.08 % | $387 |
| 4917 Island View Dr | $589,900 | $500,000 | 327 | 15.24 % | $216 |
| 3510 Tuxedo Rd | $689,900 | $675,000 | 303 | 2.16 % | $334 |
| 450 Lafayette Ave | $617,900 | $503,000 | 299 | 18.60 % | $333 |
| *Sold Averages* | $635,950 | $599,071 | 227 | 5.80 % | $308 |

Copyright © eNeighborhoods, Inc. (800)975-9742      The accuracy of all information is deemed reliable, but is not guaranteed.

# Seller's Approximate Proceeds

|  | Low | High |
|---|---|---|
| ■ **Price:** | **$570,000** | **$630,000** |
| ■ **Costs:** | | |
| First Mortgage | $90,000 | $90,000 |
| Second Mortgage | $10,000 | $10,000 |
| Commissions | $34,200 | $37,800 |
| Escrow Fees | $755 | $815 |
| Home Warranty | $350 | $350 |
| Pest Inspection | $50 | $50 |
| Tax Stamp | $650 | $718 |
| Title Insurance | $3,150 | $3,450 |
| Termite Work | $0 | $0 |
| Other Work | $0 | $0 |
| **Total Estimated Closing Costs** | **$139,155** | **$143,183** |
| **Net Cash To Seller** | **$430,845** | **$486,817** |

I understand that the above is an estimate only and that the actual costs which would be incurred may vary if an actual sale is consummated. The estimate amounts above are not guaranteed in any way.

_____          _____
Seller                                                    Date

_____          _____
Broker/Sales Associate                              Date

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742     The accuracy of all information is deemed reliable, but is not guaranteed.

# Why do you need a Real Estate Professional

Do you really have all the time, energy, information, resources, and contacts to properly market and sell your home? Would the process be a smooth one? Would it give you more time to focus on your personal life? Would you be able to get the best price for your home? Below we have listed just a few areas in which we believe a real estate professional truly earns their commission:

## Pricing

A real estate professional is best suited to determine a pricing strategy for your property. You don't want to miss opportunities by overpricing or undervaluing your property. Knowledge about the surrounding areas, pricing trends, local information, and experience will ensure you are getting the best price for your home.

## Marketing

A real estate professional has many ways to effectively market your property. Proven marketing methods include flyers, open houses, the internet, local newspapers, and listing in the local Multiple Listing Service (MLS). There is a common misconception that advertising sells real estate. The NATIONAL ASSOCIATION OF REALTORS® studies show that 82% of real estate sales are the result of contacts through previous clients, referrals, friends and family, and personal contacts.

Keep in mind, advertising is only one part of marketing. The choice of media and frequency of advertising depends a lot on the home and specific market. Overexposure of a property in any media may give a buyer the impression the property is distressed or the seller is desperate. A qualified real estate professional will know when, where and how to advertise your property.

Marketing also includes the exposure of your home to other real estate professionals and the general public. In many markets over 50% of real estate sales are cooperative sales; that is, a real estate professional other than yours brings in the buyer. Your real estate professional acts as the marketing coordinator, disbursing information about your property to other real estate professionals through the MLS, open houses, and office meetings.

Preparation is critical to marketing your property effectively. A real estate professional is best suited to recommend repairs and cosmetic work that will significantly enhance the salability of your home.

## Security

When the property is marketed with the help of a qualified real estate professional, you avoid allowing strangers into your home. Real estate professionals will generally pre-screen and accompany qualified prospects through your property. This increases your safety and allows for any last minute preparation.

## Negotiating

Your real estate professional can assist you with objectively evaluating every buyer's proposal without compromising your marketing position. This initial agreement is only the start of a process that involves appraisals, inspections, and financing - and a lot of potential obstacles. Your real estate professional can help you write a legally binding agreement that will be more likely to make it through this complicated process.

## Monitoring, Renegotiating and Closing

Between the initial sales agreement and closing/settlement, questions may arise. For example, unexpected repairs are sometimes required to obtain financing or a concern with the title could potentially be uncovered. The required paperwork alone is intimidating for most sellers. Your real estate professional is the best person to objectively help you resolve these issues and move the transaction to closing/settlement.

Your real estate professional can also meet with other professionals involved in the transaction process. Their industry contacts can make sure any unforeseen issues are handled reliably and quickly.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

Preparing Your Home For Sale

# Selling Price vs. Timing



You need to price your home prudently from the beginning, when buyer interest will be high.

Timing is very important in real estate.  The above graphic shows the importance of placing your property on the market at a realistic price from the start.  A home attracts the most excitement and interest when it is first placed on the market for sale.  A home has its greatest chance for selling when it is newly listed.  Pricing your home correctly, from the start, will help it sell in the shortest possible time frame.

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742        The accuracy of all information is deemed reliable, but is not guaranteed.

Preparing Your Home For Sale

# Marketing Planner



| Date | Task | Completed |
|------|------|-----------|
| _____ | Sign listing papers | ☐ |
| _____ | Input listing into the MLS | ☐ |
| _____ | Order lock box for property | ☐ |
| _____ | Order for sale sign for property | ☐ |
| _____ | Create flyers and other marketing materials | ☐ |
| _____ | Advertise in local newspaper and on web site | ☐ |
| _____ | Hold open house | ☐ |
| _____ | Review pricing strategy | ☐ |

Prepared by Paul Larson

Copyright © eNeighborhoods, Inc. (800)975-9742    The accuracy of all information is deemed reliable, but is not guaranteed.